UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOSHUA EDWARDS, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:15-CV-299 |
| | § | |
| 4JLJ, LLC; dba J4 OILFIELD SERVICES, *et al*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

Before the Court is Plaintiffs' First Amended Motion to Reconsider Ruling on Burden of Proof with Regards to the MCA Exemption and the Effects of the TCA (D.E. 197). Having reviewed the motion, Defendants' response (D.E. 198), and Plaintiffs' reply (D.E. 199), the Court **DENIES** Plaintiffs' motion to reconsider. The Court's prior ruling stands.

ORDERED this 9th day of June, 2017.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE