UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOSHUA EDWARDS, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:15-CV-299 |
| | § | |
| 4JLJ, LLC; dba J4 OILFIELD SERVICES, | § | |
| *et al*, | § | |
| | § | |
| Defendants. | § | |

# FINAL JUDGMENT

On February 19, 2019, this case was called before the Honorable Nelva Gonzales Ramos in the United States District Court for the Southern District of Texas Corpus Christi Division. Plaintiff Joshua Edwards, individually and on behalf of all others similarly situated (Edwards and all other class members, whether representative or opt-in, are referred to herein as "Plaintiffs") appeared individually, through representatives, and through Plaintiffs' attorneys, and announced ready for trial. Defendants 4JLJ, LLC d/b/a J4 Oilfield Services and John Jalufka (collectively "Defendants") appeared individually, through representatives, and through Defendants' attorneys, and announced ready for trial.

After a Jury of eight (8) qualified jurors was impaneled and sworn, the case proceeded to trial. The Jury heard the evidence and arguments of counsel. After the close of all evidence, Plaintiffs moved for a directed verdict claiming that they conclusively established a violation of the FLSA. The Court denied Plaintiffs' motion. The Court thereafter submitted the case to the Jury on February 26, 2019. In response to the Charge

of the Court, the Jury made findings that the Court received, filed, and entered of record. The Jury returned a verdict in favor of Defendants and against Plaintiffs on February 26, 2019, which verdict the Court accepted.

**THEREFORE** the Court renders judgment in favor of Defendants 4JLJ, LLC d/b/a J4 Oilfield Services and John Jalufka.

**IT IS ORDERED,** that Plaintiffs shall take nothing on their claims against Defendants 4JLJ, LLC d/b/a J4 Oilfield Services and John Jalufka.

**IT IS FURTHER ORDERED** that this Final Judgment does not preclude the parties from seeking any other relief to which they may be entitled.

ORDERED this 27th day of March, 2019.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE