UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JOSHUA EDWARDS, *et al*, § § Plaintiffs, § VS. § 4JLJ, LLC; dba J4 OILFIELD SERVICES, § *et al*, § § Defendants. § | CIVIL ACTION NO. 2:15-CV-299 |

## ORDER

Before the Court is "Plaintiffs' Renewed Motion for Judgment as a Matter of Law, or in the Alternative, Plaintiffs' Motion for New Trial" (D.E. 332), together with Defendants' response (D.E. 337). As a preliminary matter, Defendants objected to the motion as a procedural nullity because Plaintiffs filed an identical motion before entry of final judgment and it was constructively denied by the entry of judgment in favor of Defendants. This argument is based, in part, on the Court's Order (D.E. 314) seeking motions for judgment (on the verdict) by March 12, 2019. The Court's Order was not intended to negate any aspect of post-judgment procedure challenging Defendants' entitlement to judgment, such as the operation of Federal Rules of Civil Procedure 50(b) and 59. The Court OVERRULES Defendants' procedural objections to consideration of Plaintiffs' renewed motion on its merits. However, after due consideration, the Court DENIES the motion (D.E. 332).

ORDERED this 20th day of May, 2019.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE